ERIC GRANT
United States Attorney
ANTHONY ANDREWS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Respondents


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| SOKHEAN KEO, | CASE NO.  1:26-CV-01192-DJC-CSK |
| Petitioner, | ORDER GRANTING REQUEST TO SEAL |
| v. | |
| CHRISTOPHER CHESTNUT ET AL, | |
| Respondents. | |

Pursuant to Local Rule 141 of the E.D. Cal. (FRCP 5.2, 26), the Court has reviewed Respondents' counsel's request to seal (ECF No. 8) and hereby GRANTS the request.

ECF 8 is now SEALED until further order of the Court.


Dated:  February 27, 2026                    /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE

1